# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 16, 2014

## NO. 03-14-00001-CV

**Milton Lindsey, Appellant**

**v.**

**Kathryn Ramsey, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on October 3, 2013. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.